UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WEBASTRO THERMO & COMFORT
NORTH AMERICA, INC., ET AL.,

    Plaintiffs,                    No.16-13456

v.                                  District Judge Paul D. Borman
                                    Magistrate Judge R. Steven Whalen

BESTOP, INC.,

    Defendant.
_____/

## ORDER

Before the Court is Defendant's Motion to Compel Production of Documents [Doc. #62]. Since the motion was filed, the parties have stipulated to an order governing the discovery and production of electronically stored information [Doc. #72], have stipulated to an extension of discovery to July 13, 2018 [Doc. #72], and have stipulated to an order setting a schedule for the production of certain emails [Doc. #76]. On April 19, 2018, the Court held a telephonic status conference with attorneys for the parties regarding whether, in light of these subsequent orders, the present motion to compel was moot; the parties disagree as to whether that is the case.

Given the volume of material that is the subject of this motion and the extension of discovery cut-off, but with due concern that while discovery has apparently been produced on a "rolling basis," Defendant is entitled to production of what it requests, the motion to compel [Doc. #62] is GRANTED to the extent that Plaintiffs will complete production of the requested discovery in Plaintiff's First Set of Requests for Production

no later than May 31, 2018.[1]  The Defendant will produce a privilege log as to any material to which privilege is claimed.

Defendant's request for sanctions is DENIED.

IT IS SO ORDERED.

                                 s/ R. Steven Whalen
                                 R. STEVEN WHALEN
                                 UNITED STATES MAGISTRATE JUDGE

Dated: April 20, 2018

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on April 20, 2018, electronically and/or by U.S. mail.

                                 s/Carolyn M. Ciesla
                                 Case Manager to the
                                 Honorable R. Steven Whalen

---

[1] All requests are for documents, except for Requests 42 and 45, which request tangible things.  Plaintiffs will make these items available for inspection under Fed.R.Civ.P. 34(a)(1)(B) and/or (2).